1  [Eulis Simien, Jr.
   Simien & Simien L.L.C.
2  7908 Wrenwood Boulevard
   Baton Rouge, Louisiana 70809
3  Telephone: (225) 932-9221
   Fax: (225) 932-9286
4  Email: Eulis@simien.com
   Attorneys for Plaintiffs

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates to:<br><br>*John Aguillard and Margaret Reeve, et al vs. Pfizer, Inc., et al*<br>(Case No. 06-2675 CRB;<br>*Edith Carlin, et al vs. Pfizer, Inc.*<br>Case No. 07-1313 CRB) | **STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF[S] WITH PREJUDICE** |

Come now, Margaret Reeve, Edith Carlin and Katheleena Boutte and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions with prejudice, with each side bearing its own attorneys' fees and costs.

DATED: October 7, 2009        By: /s/ *Eulis Simien, Jr.*
                                  Eulis Simien, Jr.
                                  Simien & Simien L.L.C.
                                  7908 Wrenwood Boulevard
                                  Baton Rouge, Louisiana 70809
                                  Telephone: (225) 932-9221
                                  Fax: (225) 932-9286
                                  *Attorneys for Plaintiffs*

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
Case No. MDL NO. 1699

DATED: March 11, 2010                     By: /s/

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 15, 2010

Hon. Charles R. Breyer
United States District Court

-2-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
Case No. MDL NO. 1699